UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-cv-20771-JEM

FLAVA WORKS, INC.,

    Plaintiff,

vs.

PLATINUM PLANNING GROUP, INC.
d/b/a SIZZLE MIAMI, LUIS MEDRANO
and DWIGHT POWELL,

    Defendants.
_____/

### LAW OFFICE OF JONATHAN J. WARRICK, P.A. AND JONATHAN J. WARRICK, ESQ.'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND MOTION TO ABATE CASE TO ALLOW IT SUFFICIENT TIME TO RETAIN COUNSEL

COMES NOW, Plaintiff, Flava Works, Inc., by and through undersigned counsel, and hereby files the Law Office of Jonathan J. Warrick, P.A. and Jonathan J. Warrick, Esq.'s Motion to Withdraw as Counsel for Plaintiff and Plaintiff's Motion to Abate Case to Allow it Sufficient Time to Retain Counsel and in support thereof states as follows:

1. The undersigned attorney and law firm has irreconcilable differences with the Plaintiff which would hinder it from providing effective representation to the Plaintiff as it relates to this matter.

2. Both the Plaintiff and the undersigned agree that irreconcilable differences exist that necessitate the filing of this motion.

3. Plaintiff should be given a reasonable period of time within which to retain new counsel and the undersigned should not be compelled to continue to represent the Plaintiff pending the retention of said counsel.

4. As such, this Court should allow a reasonable period of time for the Plaintiff to find new counsel and abate the case for that period of time.

5. The Plaintiff agrees that sixty (60) days is a reasonable period of time.

6. No party will suffer any prejudice whatsoever should this Court allow these motions to be granted.

**WHEREFORE**, Plaintiff, Flava Works, Inc., hereby respectfully requests this Court **GRANT** Law Office of Jonathan J. Warrick, P.A. and Jonathan J. Warrick, Esq.'s Motion to Withdraw as Counsel for Plaintiff and Plaintiff's Motion to Abate Case to Allow it Sufficient Time to Retain Counsel and any other relief this Court deems just and proper.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:11-cv-20771-JEM

FLAVA WORKS, INC.,

    Plaintiff,

vs.

PLATINUM PLANNING GROUP, INC.
d/b/a SIZZLE MIAMI, LUIS MEDRANO
and DWIGHT POWELL,

    Defendants.

_____/

### ORDER GRANTING LAW OFFICE OF JONATHAN J. WARRICK, P.A. AND JONATHAN J. WARRICK, ESQ.'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND PLAINTIFF'S MOTION TO ABATE CASE TO ALLOW IT SUFFICIENT TIME TO RETAIN COUNSEL

The Court having reviewed the record and being duly advised of the facts, it is hereby,

ORDERED AND ADJUDGED:

1. Law Office of Jonathan J. Warrick, P.A. and Jonathan J. Warrick, Esq.'s (collectively "Warrick") Motion to Withdraw as Counsel for Plaintiff is hereby GRANTED.
2. Warrick shall have no further liability or responsibility as it relates to this case.
3. Plaintiff's Motion to Abate Case to Allow it Sufficient Time to Retain Counsel is hereby GRANTED.
4. This case is hereby abated for a period of sixty (60) days from the date of this Order to allow Plaintiff sufficient time to retain substitute counsel.

Done and Ordered in Miami, FL on this _____ Day of April/May, 2011.

                                                                         _____
                                                                    Honorable Judge Jose E. Martinez

Copies: Counsel of Record and the Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was filed with the Court using CM/ECF and served to all persons listed on the attached service list by US mail, first class, pre-postage paid on this 18th Day of April 2011.

Respectfully submitted,

By:_____
Jonathan J. Warrick, Esq.
FBN: 37248
Attorney for Plaintiff
Law Office of Jonathan J. Warrick, P.A.
1641 SW 4TH AVENUE
FORT LAUDERDALE, FL 33315
Telephone:    (305) 206-0022
Facsimile:    (954) 990-7295
Email: jon@warricklaw.com

## SERVICE LIST

Michelle A. Delancy, Esq.
**DELANCYHILL, P.A.**
201 S. Biscayne Blvd.
28th Floor
Miami, FL 33131
Tel.: 786-777-0184
Fax: 786-777-0174
mdelancy@delancyhill.com