UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-20771-CIV-MARTINEZ-MCALILEY

FLAVA WORKS, INC.,

    Plaintiff,

vs.

PLATINUM PLANNING GROUP, INC. d/b/a SIZZLE MIAMI, LUIS MEDRANO and DWIGHT POWELL,

    Defendants.

_____/

### ORDER GRANTING WITHDRAWAL OF COUNSEL AND REQUIRING PLAINTIFF TO FILE NOTICE

THIS CAUSE came before the Court upon Plaintiff's Counsel's Motion to Withdraw as Counsel and Motion to Abate Case to Allow Plaintiff Sufficient Time to Retain Counsel (D.E. No. 20). It is, hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's Counsel's Motion to Withdraw as Counsel and Motion to Abate Case to Allow Plaintiff Sufficient Time to Retain Counsel (D.E. No. 20) is **GRANTED in Part and DENIED in part**. The motion is granted in that Plaintiff's Counsel, Law Office of Jonathan J. Warrick, P.A. and Jonathan J. Warrick, Esq., SHALL BE PERMITTED to withdraw as Attorney of Record. Counsel shall, first, immediately send a copy of this Order to their client and file with the Clerk a certification of service. The motion is denied in all other respects.

2. Plaintiff SHALL retain new counsel, and new counsel SHALL file a Notice of Appearance **on or before May 19, 2011**. A corporation must be represented by counsel and cannot proceed pro se. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Failure

to comply with this Order SHALL result in the immediate dismissal without prejudice of this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record