UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-20771-CIV-MARTINEZ-MCALILEY

FLAVA WORKS, INC.,

    Plaintiff,

vs.

PLATINUM PLANNING GROUP, INC. d/b/a
SIZZLE MIAMI, LUIS MEDRANO and
DWIGHT POWELL,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon sua sponte review of the record. On April 21, 2011, this Court entered an Order granting Plaintiff's counsel's motion to withdraw as counsel. In this Order the Court required Plaintiff to retain new counsel and have new counsel file a Notice of Appearance on or before May 19, 2011. *See* (D.E. No. 23). The Court also cautioned that "[f]ailure to comply with this Order SHALL result in the immediate dismissal without prejudice of this case." *Id.* To date, no Notice of Appearance has been filed. Thus, it is hereby:

**ORDERED AND ADJUDGED** that

1.  This case is **DISMISSED without prejudice**.

2.  This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of June, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record

Flava Works Inc.
2610 North Miami Avenue
Miami, FL 33127